## Return

| Case No.: 3:15mj-473 | Date and time warrant executed: 11/4/2015, 7:55 AM | Copy of warrant and inventory left with: Postmaster |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Parcel contained approximately 7 pounds 3.8 ounces of a green leafy substance that field tested positive for Marijuana.

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 NOV -4  AM 10: 35
US DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    11/4/2015

*S M°Donough*
Executing officer's signature

S. McDonough, Postal Inspector
Printed name and title